386 A.2d 610

Frickert v. Deiter Bros. Fuel Co., Inc., et al., Appellants.

Argued June 17, 1977.  Wesley M. Wasylik, with him Donald B. Corriere, for appellants; Robert A. Freedberg, with him Jackson M. Sigmon, for appellee.

Decree affirmed.

386 A.2d 610

Graham v. Roberts, Appellant, et al.

Argued June 21, 1977.  Lawrence W. Richman, for appellant; No appearance entered nor brief submitted for appellees, Graham; Tyler E. Wren, Assistant City Solicitor, with him Sheldon L. Albert, City Solicitor, for appellee, City of Philadelphia.

Order affirmed.